May 2, 1980.

427 A.2d 239

Commonwealth v. Daniels, Appellant.

Submitted November 15, 1979.   John E. Calior, for appellant;   David B. Douds, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Judgment of sentence and order affirmed.